8:18-cv-552-T-30JSS

## COMPLAINT AND DEMAND FOR JURY TRIAL

There is no other civil action between these parties arising out of the same transaction or occurrence as alleged in this Complaint pending in this court nor has any such action been previously filed and dismissed or transferred after having been assigned to a judge.

Now Comes Plaintiff  Larael Owens

### JURISDICTION AND VENUE

1. Plaintiff brings this action under 42 USC 1983 Civil action for deprivation of Rights and 18 USC 241 Conspiracy against rights and violation of the fair debt collection practices Act 15 USC 1692
2. This Court has jurisdiction pursuant to the following statutes
   A. 28 U.S.C 1331 which gives district courts original jurisdiction over civil actions arising under the  Constitution, laws or treaties of the United States
   B. 28 U.S.C 1343 (3) and (4) which gives district courts jurisdiction over actions to secure civil rights extended by the United States government
   C. 28 U.S.C 1367 which gives the district courts supplemental jurisdiction over state law claims.
3. Venue is appropriate in this judicial district under 28 U.S.C 1391 (b) because the events that gave rise to this Complaint occurred in this district.
4. All of the defendants resigned in Polk County which is under this District so the court has jurisdiction over this matter

### PARTIES

1. Defendant **MARIA ZUCKER** is a Child support Hearing officer in the Florida 10th Judicial Circuit Courthouse in Bartow, Florida is sued in her individual capacity for compensatory and punitive damages. **Plaintiff** seeks compensatory damages in the amount of $7,750
2. Defendant **MICHAEL P MCDANIEL** is a Judge in the Florida 10th  Judicial Circuit Courthouse in Bartow, Florida is sued in his individual capacity for compensatory and punitive damages Plaintiff seeks compensatory damages in the amount of $0,000 I just want a 4 page written Apology

3. Defendant **MARK MCMANN** is a Attorney who works within the 10th  Judicial Circuit Courthouse in Bartow, Florida is sued in his individual capacity for compensatory and punitive damages Plaintiff seeks compensatory damages in the amount of $36,000 plus 6,000 full Attorney fee Refund

4. **Polk County**
   On the behalf of the 45 CFR 302.34 Cooperative arrangements Plaintiff seeks compensatory damages in the amount of $300,000 please see exhibit packet 1 through 14 it will explain the corruption in the system on the behalf of the Polk County Department of Revenue

5. **Tamesha Saddlers** Plaintiff seeks compensatory damages in the amount of $36,000 full Refund  plus full custodial rights of our daughter and 4 years of make up time with our daughter

### GENERAL ALLEGATIONS

In April of 2015, I, Larael Owens, went to mediation with my previous lawyer **Mark McMann** to come up with an agreement on the behalf of my divorce. Hours passed by without an agreement being put in place due to me not wanting to settle, and being that I had a lawyer, I felt as though my constitutional rights are going to be protected. As the mediation prolonged up to 6th hour, I can tell that each side was getting frustrated, but I was not trying to get railroad by the system. Unexpectantly, my lawyer told me that he will take $500 off of what I owe him to pay my ex-wife's lawyer because she wanted me to pay her $2,500 for her attorney fees and that I needed to settle for an agreement because if we were to take it back to court, he will then raise his price up to $1500 more. He also advised me that if we go to court, the judge will give my ex-wife and her lawyer everything they asked for, meaning child support and lawyer fees. Under fraud and duress, I signed my name on the agreement paper, and as I look through my receipts, I still do not see that he kept his word by taking $500 off of what I owe him. It does not reflect anything he stated he would do, therefore, that is fraud.

At the time, I did not know that this was fraud upon the court. I sent out two emails to Mr. McMann trying to see if we are able to resolve this matter out of court so that I would not have to sue him in court for deprivation of rights and also conspiracy against rights. He have not reached out to me about this matter, but his office continuously sends me bills saying that I owe him money. I was mistreated and took advantage of, therefore, I don't feel like I owe him anything and his actions has injured me and forced me into a bill of attainder.

Whenever any officer of the court commits fraud during a proceeding in the court, he/she is engaged in "fraud upon the court". In Bulloch v. United States, 763 F.2d 1115, 1121 (10th Cir. 1985), the court stated "Fraud upon the court is fraud which is directed to the judicial machinery itself and is not fraud between the parties or fraudulent documents, false statements or perjury. ... It is where the court or a member is corrupted or influenced or influence is attempted or where the judge has not performed his judicial function --- thus where the impartial functions of the court have been directly corrupted

"Attorney & client: An Attorney's "first" duty is to the Courts (1st) and the public (2nd) and to the client (3rd), and wherever the duties to an attorney's client "conflict" with those interests that he/she owes his allegiance to, as an officer of the court in the administration of justice, the former must yield to the latter". The Biggest problem today is that People do not know their own rights & blindly entrust their rights to someone else.

BLACK'S LAW DICTIONARY FIFTH EDITION

**18 U.S. Code § 242 - Deprivation of rights under color of law**

**18 U.S. Code § 241 - Conspiracy against rights**

On December 21st 2017 I went in front of the child support hearing officer **Maria M Zucker** I advised her that she is under a 45 CFR 302.34 - Cooperative arrangements contract then I request for a stay to be issue on my case in demand for a trial by jury she denied my request pursuant to the 14th Amendment All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the state wherein they reside. No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws I Larael have a right to a trial by jury... she put in a order that I pay 750 before January 22nd 2018 if not my license will get suspended and then she ordered that the bank Levy continue to be placed on my bank account into the full amount of $6,000 is recovered

CORAM NON JNDICE

In presence of a person not a judge. When a suit is brought and determined in a court which has no jurisdiction in the matter, then it is said to be coram non judice, and the judgment is void. **Manufacturing Co. v. Holt, 51 W. Va. 352, 41 S. E. 351**

Tamesha Saddlers is in a contract with the Department of Revenue and gave up her parental rights to the Department to receive the benefits and has the ability to close this case under **45 CFR 303.11 – Case closure criteria**

**Judge Michael P McDaniel** has continuously denied my attempt for relief and is very prejudiced against me all because of **31 U.S. Code § 6305 and  45 C.F.R § 302.34 Cooperative arrangements**

- When acting to enforce a statute and it's subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity courts administrating or enforcing statutes do not act judicially but merely ministerially …. But merely act as an extension as an agent for the involved agency but only in a 'ministerial' and not a 'discretionary capacity …**Thompson v Smith 154 S.E 579 583 Keller v P.E.., 261 U.S 428 F.R.C v G.E 281 U.S 464**
- Judge loses his absolute immunity from damage actions only when he acts in clear absence of all Jurisdiction or performance of an act which is not judicial in nature." **Schucker v. Rockwood 846 F.2d 1202**
- It is well settled in administrative law that: "It is the accepted rule, not only in state courts, but, of the federal courts as well, that when a judge is enforcing administrative law they are described as mere 'extensions of the administrative agency for superior reviewing purposes' as a ministerial clerk for an agency..." **30 Cal.596; 167 Cal 762**.

ARTICLE II

GENERAL PROVISIONSSECTION 3.    Branches of government.—The powers of the state government shall be divided into legislative, executive and judicial branches. No person belonging to one branch shall exercise any powers appertaining to either of the other branches

**Polk County Department of Revenue** has deprived me of my rights and custodial right to receive federal funding they work on their title 42 which is not positive law it only apply to certain people the Department of Revenue Child Support Enforcement is a signal and separate unit who is operated as a business

**County :** In the United States, an administrative or political subdivision of a state is a county, which is a region having specific boundaries and usually **some level of governmental authority.**[1] The term "county" is used in 48 U.S. states, while Louisiana and Alaska have functionally equivalent subdivisions called parishes and boroughs respectively.

Most counties have subdivisions which may include municipalities and **unincorporated areas**. Others have no further divisions, or may serve as a consolidated city-county. Some municipalities are in multiple counties; New York City is uniquely partitioned into multiple counties, referred to at the city government level as boroughs.

**History:** Counties were among the earliest units of local government established in the Thirteen Colonies that would become the United States. Virginia created the first counties in order to ease the administrative workload in Jamestown. The House of Burgesses divided the colony first into four "**incorporations**

**Incorporation:** the process of constituting a company, city, or other organization as a legal corporation

The rule and it's supplemental rules describe the process by which a child support enforcement agency (CSEA) enters into a IV-D contract with a government entity or a private entity to provide IV-D services and for the CSEA to receive federal financial participation (FFP) reimbursement to offset the cost of the purchase of the services under a IV-D **contract.**

1. Pursuant to 42 U.S.C 1983 Larael Owens proves that Polk County and its contracted agents did partake in contractual IV-D activities that contributed to the injuries and damages from which I now **suffers.** Larael Owens is not alleging that one of the municipalities employees or agents engaged in some wrong doing, Larael owens is plausibly proves that he was deprived of federal rights by the municipal policies, usage habits and customs.

2. Larael Owens shows how the municipality's contractual participation contributed to his injuries and damages. See Connick v Thompson 131 S. Ct. 1350,1359 (2011) ('A municipality or other local government may be liable under this section §1983 if the government body itself subjects a man to a deprivation of rights or causes a man to be subject to such deprivation')(quoting Monell v New York City Dept of Soc. Serus 436 U.S 658, 692 (1978) Cash v. City of Erie,654 F.3d 324,333 2d Cir 2011)

3. Larael Owens 1983 claims against Polk County Department of Revenue are not bared by the 11th Amendment See Johnson vs. State of New York, Monroe City Child Support Enforcement Unit 21 Fed App'x 41, 43 (2d cir.2001) (citing Mancuso Vs. NYS Thruway Auth., 86 F.3d 289, 292, 296 (2d Cir. 1996) holding local government entities, including counties, are not protected from suit by the Eleventh Amendment

4. In this §1983 claim against the municipality, Larael Owens disseminates plausible facts proving

1. The existence of the municipal policy custom and practice
2. That policy, custom or practice contributed to the deprivation and violation of his federal rights.

See Jones v Town of East Haven,691 F.3d 72, 80 (2d Cir 2012); Bd. of Comm'rs of Bryan Cnty. V. Brown 520 U.S 397 403 (1997) Here Larael Owens provides essential facts necessary to assert municipal liability claim against The Defendants

The 42 U.S.C § 654 (3) and Polk County under color of statute ordinance regulation custom or usage of this State , Territory and District of Columbia subjects and causes to be subjected Larael Owens within the jurisdiction thereof to the deprivation of his inherent and indefeasible rights, privileges and immunities secured by the constitution and laws, and are now liable to him in this action at lawsuit in equity or other proper proceeding for redress to set right the undesirable and unfair IV-D situation.

Larael Owens, being duly sworn, deposes and says that he suffers from injuries and damages intentionally inflicted for profit by the Polk County 42 U.S.C §654 (3) Domestic Relations Sections and the 45 CFR§302.34 and have read the forgoing filed on my behalf and find All facts state therein are true.